UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CHRISTOPHER FOSTER,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 15-CV-2059 |
| **CAROLYN W. COLVIN,** Acting | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 20, 2016, Magistrate Judge Eric I. Long filed a Report and Recommendation (#31) in the above cause. Judge Long recommended denying Plaintiff's Motion for Summary Judgment (#26) and granting Defendant's Motion for Summary Judgment (#28). More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1). Judge Long's Recommendation is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#31) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#26) is DENIED.

(3) Defendant's Motion for Summary Judgment (#28) is GRANTED. The decision to deny benefits is affirmed.

(4) This case is terminated.

      ENTERED this __4th__ day of _____January_____, 2017.

                    s/COLIN S. BRUCE
                   U.S. DISTRICT JUDGE